1  Rodeen Talebi (CA SBN 320392) / talebi@fr.com
   FISH & RICHARDSON P.C.
2  500 Arguello St Suite 400
   Redwood City, CA 94063
3  Telephone: 949-623-7640

4
   John S. Goetz / goetz@fr.com *(pro hac vice* forthcoming)
5  FISH & RICHARDSON P.C.
   7 Times Square (Times Square Tower)
6  20th Floor
   New York, NY 10036
7  Telephone: 212-765-5070

8
   Matthew A. Colvin / colvin@fr.com *(pro hac vice* forthcoming)
9  Adil A. Shaikh / shaikh@fr.com *(pro hac vice* forthcoming)
   FISH & RICHARDSON P.C.
10 1717 Main Street, Suite 5000
   Dallas, TX 75201
11 Telephone: 214-747-5070

12
   Attorneys for Plaintiff
13 CARBON AUTONOMOUS ROBOTIC SYSTEMS, INC.

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18

19 CARBON AUTONOMOUS ROBOTIC          Case No.
   SYSTEMS INC.,
20                                    **PLAINTIFF CARBON AUTONOMOUS
              Plaintiff,              ROBOTIC SYSTEMS INC.'S
21                                    CERTIFICATION OF INTERESTED
        v.                            ENTITIES**
22
23 LAUDANDO & ASSOCIATES LLC,

24            Defendant.

25

26

27

28

1       Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict

2 or interest (other than the named parties) to report.

3

4 Dated:  October 30, 2024            Respectfully Submitted,

5                         */s/ Rodeen Talebi*

6                         Rodeen Talebi (CA SBN 320392) / talebi@fr.com
FISH & RICHARDSON P.C.

7                         500 Arguello St Suite 400
Redwood City, CA 94063

8                         Telephone: 949-623-7640

9                         John S. Goetz / goetz@fr.com

10                         *(pro hac vice* forthcoming)
FISH & RICHARDSON P.C.

11                         7 Times Square (Times Square Tower)
20th Floor

12                         New York, NY 10036
Telephone: 212-765-5070

13

14                         Matthew A. Colvin / colvin@fr.com
*(pro hac vice* forthcoming)

15                         Adil A. Shaikh / shaikh@fr.com
*(pro hac vice* forthcoming)

16                         FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000

17                         Dallas, TX 75201
Telephone: 214-747-5070

18

19                         Attorneys for Plaintiff
CARBON AUTONOMOUS ROBOTIC

20                         SYSTEMS INC.

21

22

23

24

25

26

27

28

                                      1              Case No.
Plaintiff's Certification of Interested Entities