Rodeen Talebi (CA SBN 320392) / talebi@fr.com
FISH & RICHARDSON P.C.
500 Arguello St Suite 400
Redwood City, CA 94063
Telephone: 949-623-7640

John S. Goetz / goetz@fr.com *(pro hac vice* forthcoming)
FISH & RICHARDSON P.C.
7 Times Square (Times Square Tower)
20th Floor
New York, NY 10036
Telephone: 212-765-5070

Matthew A. Colvin / colvin@fr.com *(pro hac vice* forthcoming)
Adil A. Shaikh / shaikh@fr.com *(pro hac vice* forthcoming)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: 214-747-5070

Attorneys for Plaintiff
CARBON AUTONOMOUS ROBOTIC SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARBON AUTONOMOUS ROBOTIC SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> LAUDANDO & ASSOCIATES LLC, <br><br> Defendant. | Case No. <br><br> **CARBON AUTONOMOUS ROBOTIC SYSTEMS INC.'S RULE 7.1 DISCLOSURE STATEMENT** <br><br><br> JURY TRIAL DEMANDED |

Case No. _____  _____
Rule 7.1 Disclosure Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Carbon Autonomous Robotic Systems Inc., by its undersigned counsel certify that there are no parent corporations or publicly-held corporations owning 10% or more of Carbon Autonomous Robotic Systems Inc.'s stock.

Dated: October 30, 2024                    Respectfully Submitted,

*/s/ Rodeen Talebi*
Rodeen Talebi (CA SBN 320392) / talebi@fr.com
FISH & RICHARDSON P.C.
500 Arguello St Suite 400
Redwood City, CA 94063
Telephone: 949-623-7640

John S. Goetz / goetz@fr.com
*(pro hac vice* forthcoming)
FISH & RICHARDSON P.C.
7 Times Square (Times Square Tower)
20th Floor
New York, NY 10036
Telephone: 212-765-5070

Matthew A. Colvin / colvin@fr.com
*(pro hac vice* forthcoming)
Adil A. Shaikh / shaikh@fr.com
*(pro hac vice* forthcoming)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: 214-747-5070

Attorneys for Plaintiff
CARBON AUTONOMOUS ROBOTIC SYSTEMS, INC.